JS - 6

**FILED: 11/2/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Soleiman Zamani,** | NO. CV 11-3465-GHK (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Citigroup Services, LLC,** | |
| Defendant. | |
| **Citibank (South Dakota), N.A. (incorrectly sued as Citigroup Services, LLC),** | |
| Counterclaimant, | |
| v. | |
| **Soleiman Zamani,** | |
| Counterdefendant. | |

Pursuant to our July 22, 2011 Order, **IT IS HEREBY ADJUDGED** that Plaintiff and Counterdefendant Soleiman Zamani's ("Plaintiff" or "Counterdefendant") claims against Defendant and Counterclaimant Citibank (South Dakota), N.A. incorrectly sued as Citigroup Services, LLC's ("Counterclaimant") **is DISMISSED**. Plaintiff shall take nothing by this Complaint.

Pursuant to our November 2, 2011 Order granting Counterclaimant's Motion for Entry of

1 | Default Judgment Against Soleiman Zamani, **IT IS HEREBY ADJUDGED** that
2 | Counterclaimant shall have judgment against Counterdefendant in the sum of $7,377.98.  **IT IS**
3 | **FURTHER ADJUDGED** that post-judgment interest shall accrue on the judgment amount of
4 | $7,377.98 pursuant to 28 U.S.C. § 1961.
5 | **IT IS SO ORDERED**.
6 | DATED: November 2, 2011

_____
GEORGE H. KING
United States District Judge